SEALED

FILED BY_____ MB _____D.C.

DEC 23 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:24-cv-60249-ROSENBERG/Augustin-Birch

UNITED STATES OF AMERICA,

    Plaintiff,

*ex rel.* RELATOR LLC,

      a California limited liability company,

    Relator,

    v.

MATTHEW BROWN, an individual,
BARRY BROWN, an individual,
TEE OFF TEMPS, INC, a Florida corporation, and
DOES 1-10,

    Defendants.

**FILED *EX PARTE*
AND UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730 (b)(2)**

### UNITED STATES OF AMERICA'S NOTICE OF ELECTION
### TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision *not* to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that the Court's orders be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later

date, and to seek the dismissal of the relators' action or claim.

The United States additionally requests that it be served with all notices of appeal.

The United States requests that the following documents be unsealed: Relator's Complaint (D.E. 1), the Relator's Motion to Seal (D.E. 3), Relator's Filing Fee (D.E. 4), the Court's Order Granting Motion to Seal (D.E. 5). Relator's notice of service (D.E. 6), the United States's Limited Notice of Appearance (D.E. 7), Order Granting Motion to Seal (D.E. 8), Clerk's Notice (D.E. 9), U.S. First Application for Extension (D.E. 10), Order Granting First Extension Application (D.E. 12), U.S. Application for Partial Lift of the Seal (D.E. 13), and Order Granting U.S. Application for Partial Lift of the Seal (D.E. 15), and this Notice (D.E. 16),and all filings after this notice.

The United States requests that the following documents remain under seal and be permanently sealed: **(a)** the United States of America's *Ex Parte* Memorandum of Law in Support of its Unopposed *Ex Parte* First Application for Extension of Time to Consider Election to Intervene (D.E. 11) because in discussing the content and extent of the United States' investigation, this memorandum was provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended; and **(b)** the United States of America's *Ex Parte* Memorandum of Law in Support of its Unopposed Ex Parte Application for Partial Lifting Of Seal (D.E. 14), because this memorandum was provided by law to the Court alone for the sole purpose of evaluating the United States' application for partial lift of the seal and due to the sensitive, privileged nature of information in that memorandum.

A proposed order accompanies this Notice.

Dated: December 23, 2024          Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

_____

**James A. Weinkle**
Florida Bar No. 0710891
**Assistant United States Attorney**
Email: James.Weinkle@usdoj.gov
**Office of the United States Attorney**
Alto Lee Adams Federal Courthouse
101 South U.S. Highway One, Suite 3100
Fort Pierce, FL 34950

Telephone: 772-293-0945 (Direct)

**Counsel for United States of America**

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on December 23, 2024, a copy of the United States of America's Notice Of Election To Decline Intervention, was filed under seal and served by email upon all parties on the attached Service List.

**Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the Defendants because this case is still under seal.**

By: _____
      **James A. Weinkle**
      **Assistant United States Attorney**

## SERVICE LIST

*United States of America, ex rel. Relator, LLC,*
**Case No.: 0:24-cv-60249-ROSENBERG/Augustin-Birch**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| **James A. Weinkle**<br>**Assistant United States Attorney**<br>**Office of the United States Attorney**<br>Alto Lee Adams Federal Courthouse<br>101 South U.S. Highway One, Suite 3100<br>Fort Pierce, FL 34950<br><br>Email: James.Weinkle@usdoj.gov<br><br>Telephone: 772-293-0945 (Direct)<br><br>**Counsel for United States of America**<br><br>*Via eMail* | **William R. Barzee, Esq.**<br>**LAW OFFICES OF WILLIAM R. BARZEE, P.A.**<br>Courthouse Center, Penthouse One<br>40 N.W. Third Street<br>Miami, Florida 33128<br><br>Email: Williambarzee@barzeeflores.com<br><br>Telephone: 305.374.3998<br><br>**Counsel for Relator**<br><br>*Via Email* |