UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-60249-ROSENBERG/Augustin-Birch

UNITED STATES OF AMERICA,

   **Plaintiff,**

*ex rel.* RELATOR LLC, a California limited liability company,

   **Relator,**

   **v.**

MATTHEW BROWN, an individual,
BARRY BROWN, an individual,
TEE OFF TEMPS, INC, a Florida corporation, and
DOES 1-10,

   **Defendants.**

## ORDER ON UNITED STATES NOTICE OF DECLINATION AND DIRECTING CLERK TO SERVE UNITED STATES WITH ALL FURTHER PLEADINGS, NOTICES AND ORDERS

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED that,**

1.     Relator's Complaint (D.E. 1), the Relator's Motion to Seal (D.E. 3), Relator's Filing Fee (D.E. 4), the Court's Order Granting Motion to Seal (D.E. 5). Relator's notice of service (D.E. 6), the United States's Limited Notice of Appearance (D.E. 7), Order Granting Motion to Seal (D.E. 8), Clerk's Notice (D.E. 9), U.S. First Application for Extension (D.E. 10), Order Granting First Extension Application (D.E. 12), U.S. Application for Partial Lift of the Seal (D.E. 13), and Order Granting U.S. Application for Partial Lift of the Seal (D.E. 15), the United States Notice of Declination (D.E. 16), this Order (D.E. 17), shall be unsealed;

2.     The Clerk shall permanently seal: (a) the United States of America's *Ex Parte* Memorandum of Law in Support of its Unopposed *Ex Parte* First Application for Extension of Time to Consider Election to Intervene (D.E. 11); and (b) the United States of America's *Ex Parte* Memorandum of Law in Support of its Unopposed *Ex Parte* Application for Partial Lifting of Seal (D.E. 14);

3.     The seal be lifted as to all other matters occurring in this action after the date of this Order;

4.      In the event Relator LLC does not voluntarily dismiss, Relator LLC shall serve the Relator's Complaint upon the defendants within 60 days of this Order;

5.      The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6.      The parties shall serve all notices of appeal upon the United States;

7.      All orders of this Court shall be sent to the United States; and that

8.      Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall seek the United States' written consent, and the Court will solicit the written consent of the United States before ruling or granting its approval.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida this ____ day of December, 2024.

_____
**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**

**Conformed copies** *by email to*
Counsel for United States and Relator on Attached Service List

## SERVICE LIST

*United States of America, ex rel. Relator, LLC,*
**Case No.: 0:24-cv-60249-ROSENBERG/Augustin-Birch**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| **James A. Weinkle**<br>**Assistant United States Attorney**<br>**Office of the United States Attorney**<br>Alto Lee Adams Federal Courthouse<br>101 South U.S. Highway One, Suite 3100<br>Fort Pierce, FL 34950<br><br>Email: James.Weinkle@usdoj.gov<br><br>Telephone: 772-293-0945 (Direct)<br><br>**Counsel for United States of America**<br><br>*Via eMail* | **William R. Barzee, Esq.**<br>**LAW OFFICES OF WILLIAM R. BARZEE, P.A.**<br>Courthouse Center, Penthouse One<br>40 N.W. Third Street<br>Miami, Florida 33128<br><br>Email: Williambarzee@barzeeflores.com<br><br>Telephone: 305.374.3998<br><br>**Counsel for Relator**<br><br>*Via Email* |