**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-CV-60249-RLR**

UNITED STATES OF AMERICA,
        Plaintiff,

*ex rel.* RELATOR LLC,
        Relator,

v.

MATTHEW BROWN, BARRY BROWN,
TEE OFF TEMPS, INC.,
        Defendants.

_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** is before the Court *sua sponte*.  After the United States of America elected to decline intervention, DE 17, Plaintiff Relator LLC was ordered to file either (1) a return of service or (2) a notice informing the Court that Plaintiff did not serve Defendants by May 27, 2025. DE 24; *see also* DE 20, DE 23.  To date, neither filing appears in the docket.  Therefore, it is hereby

**ORDERED AND ADJUDGED**:

1.      Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of service. Fed. R. Civ. P. 4(m).

2.      The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3.      All deadlines are **TERMINATED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 3rd day of June, 2025.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record